IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                                                                               CHAPTER 13 CASE
                                                                                                                           NO. 16-33046-DHW

**TODD L. COLVIN, XXX-XX-2001,**

      Debtor.

### TRUSTEE'S MOTION TO EXAMINE THE DEBTOR'S TRANSACTIONS WITH ATTORNEY AND MOTION TO EXAMINE ATTORNEY'S FEES

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §329 and Rule 2017 <u>Federal Bankruptcy Rules of Procedure</u>, respectfully moves this Honorable Court to examine the debtor's transactions with his attorney and to examine attorney's fees and as grounds, states as follows:

1.     The debtor's Chapter 13 plan was filed October 27, 2016.

2.     The debtor listed a potential workman's compensation claim against Lion Outsourcing Management and Absolute Drug Detection Services, Inc. on the plan and Schedule B. It is also listed on Schedule C with a $500.00 exemption.

3.     The debtor testified at the §341 hearing on December 15, 2016 that the lawsuit had settled and the debtor had received the funds already. The civil case was dismissed on or about November 4, 2016.

4.     The Trustee sent a letter to the debtor/plaintiff's attorney Richard Shinbaum on January 12, 2017 requesting the specific details pertaining to that case. As this was a prepetition cause of action, but settled after the filing of the Chapter 13, the letter also informed Mr. Shinbaum that he would need to file the necessary motions with the Bankruptcy Court.

5.     As no response was received, the Trustee's office sent an email to Mr. Shinbaum's office on March 6, 2017 and another letter on May 15, 2017.

1

6. To date, the Trustee's office has not received a response or the requested information from either Mr. Shinbaum or the debtor. Also, it does not appear that Mr. Shinbaum has filed any motions with the court.

WHEREFORE, the above premises considered, the Trustee moves this Honorable Court to examine the debtor's transactions with attorney Richard Shinbaum and to examine attorney fees, if any, paid to Mr. Shinbaum.

Respectfully submitted this 1st day of August, 2017.

By: /s/ Sabrina L. McKinney
Sabrina L. McKinney
Chapter 13 Standing Trustee

Office of the Chapter 13 Trustee
P. O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-834-7635
mckinneys@ch13mdal.com

## CERTIFICATE OF SERVICE

I, Sabrina L. McKinney, certify that I have served a copy of the foregoing TRUSTEE'S MOTION TO EXAMINE THE DEBTOR'S TRANSACTIONS WITH ATTORNEY AND MOTION TO EXAMINE ATTORNEY'S FEES on the parties listed below by placing same in the United States Mail, postage prepaid and properly addressed, or by electronic means, this 1st day of August, 2017.

/s/Sabrina L. McKinney
Sabrina L. McKinney

Todd L. Colvin
1924 Wyndgate Loop
Montgomery, AL 36117

Stephen L. Klimjack via electronic mail

Richard Shinbaum
PO Box 201
Montgomery, AL 36101-0201