# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re

TODD LESHAWN COLVIN,

    Debtor.

Case No. 16-33046–WRS
Chapter 13

## *SUA SPONTE* ORDER VACATING ORDER

An Order of Discharge (Doc. 66) entered by clerical error. For good cause, it is

ORDERED that the Order (Doc. 66) is hereby VACATED.

Done this 29th day of March, 2021.

William R. Sawyer
United States Bankruptcy Judge

c:    Debtor
    Stephen L. Klimjack, Attorney for Debtor
    Sabrina L. McKinney, Trustee
    Bankruptcy Administrator
    All Creditors

In re:                                                                                             Case No. 16-33046-WRS

Todd Leshawn Colvin                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 1127-2                                      User: admin                                             Page 1 of 3

Date Rcvd: Mar 29, 2021                                Form ID: pdfALL                                  Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Todd Leshawn Colvin, 1924 Wyndgate Loop, Montgomery, AL 36117-8058 |
| cr | | MAX CREDIT UNION, C/O CHAMBLESS MATH & CARR, PC, PO BOX 230759, MONTGOMERY, AL 36123-0759 |
| sp | | Richard D. Shinbaum, PO Box 201, Montgomery, AL 36101-0201 |
| cr | | US Department of Education, P O Box 16448, Saint Paul, MN 55116-0448 |
| 3642303 | + | ARS, 1801 NW 66th Avenue, Fort Lauderdale, FL 33313-4571 |
| 3642304 | + | AT&T, One AT&T Way Room 3A104, Bedminster, NJ 07921-2694 |
| 3642307 | + | Bekmn Assoc., 560 S. McDonough Street, Montgomery, AL 36104-4604 |
| 3642308 | + | Brazil Properties, LLC, c/o Darby Law Firm, P.O. Box 3905, Montgomery, AL 36109-0905 |
| 3642309 | + | Chambless Math Carr, 5720 Carmichael Rd, Montgomery, AL 36117-2306 |
| 3642310 | + | Courtyard Citiflats, P.O. Box 6164, Montgomery, AL 36106-0164 |
| 3642314 | + | EOS CCA, 700 Longwater Drive, Norwell, MA 02061-1624 |
| 3649353 | | Festival Apartments, C/O Paul L. Beckman, Jr., Esq., P.O. Drawer 4689, Montgomery, AL 36103-4689 |
| 3642315 | + | Holloway Credit, P.O. Box 230609, Montgomery, AL 36123-0609 |
| 3642316 | + | KY Higher Education, PO Box 24328, Louisville, KY 40224-0328 |
| 3652161 | + | MAX CREDIT UNION, C/O CHAMBLESS MATH & CARR P.C., PO BOX 230759, MONTGOMERY AL 36123-0759 |
| 3642317 | + | Max Federal Credit Union, P.O. Box 244040, Montgomery, AL 36124-4040 |
| 3642319 | + | Stanley Richard Snyder, P.O. Box 6164, Montgomery, AL 36106-0164 |
| 4218325 | + | US Department Of Education, National Payment Center, P.O. Box 790336, St Louis, MO 63179-0336 |
| 3727967 | | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |
| 3642320 | + | USDOE/GLELSI, 2401 International, Madison, WI 53704-3121 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 3723720 | + | Email/Text: g20956@att.com | Mar 29 2021 20:34:00 | AT&T Mobility II LLC, % AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ 07921-2693 |
| 3647604 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 29 2021 21:28:08 | American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 3642306 | + | Email/Text: bankruptcy@bbandt.com | Mar 29 2021 20:33:00 | BB&T, 2501 Wooten Blvd., Wilson, NC 27893-4671 |
| 3642305 | + | Email/Text: bali@badcock.com | Mar 29 2021 20:33:00 | Badcock & More, 4075 Eastern Blvd., Montgomery, AL 36116-7308 |
| 3726749 | | Email/Text: defaultspecialty.us@bbva.com | Mar 29 2021 20:34:00 | COMPASS BANK, 401 WEST VALLEY AVE, HOMEWOOD, AL 35209 |
| 3643909 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 29 2021 20:33:00 | CREDIT ACCEPTANCE, 25505 W 12 MILE RD |

| | | | | |
| --- | --- | --- | --- | --- |
| 3642311 | + | Email/Text: ebnnotifications@creditacceptance.com | | SUITE 3000, SOUTHFIELD MI 48034-8331 |
| | | | Mar 29 2021 20:33:00 | Credit Acceptance, PO Box 5070, Southfield, MI 48086-5070 |
| 3642313 | + | Email/Text: bankruptcynotices@dcicollect.com | Mar 29 2021 20:34:00 | Diversified Consultants, P.O. Box 551268, Jacksonville, FL 32255-1268 |
| 3642318 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Mar 29 2021 20:34:12 | Navy Federal Credit Union, 820 Follin Avenue, Vienna, VA 22180-4907 |
| 3660329 | | Email/Text: ext_ebn_inbox@navyfederal.org | Mar 29 2021 20:34:12 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 3650258 | + | Email/Text: bali@badcock.com | Mar 29 2021 20:33:00 | W.S.Badcock Corporation, Post Office Box 724, Mulberry, FL 33860-0724 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Brazil Properties, LLC, C/O Darby Law Firm, LLC, Post Office Box 3905, Montgomery |
| 3642312 | ##+ | Credit Management LP, 4200 International Pkwy, Carrollton, TX 75007-1912 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2021          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Bankruptcy Administrator | ba@almb.uscourts.gov |
| Larry E. Darby, Esq | on behalf of Creditor Brazil Properties  LLC LDarbyEsq@knology.net, bankruptcy@alabamaevictions.com;darbylawfirm@yahoo.com |
| Leonard N. Math | on behalf of Creditor MAX CREDIT UNION noticesmd@chambless-math.com |
| Richard D. Shinbaum | on behalf of Spec. Counsel Richard D. Shinbaum rshinbaum@smclegal.com scarter@smclegal.com;tbramlett@smclegal.com;jdalton@smclegal.com;jdalton@smclegal.com;shinbaumrr52086@notify.bestcase.com;jcornwell@smclegal.com |
| Sabrina L. McKinney | on behalf of Trustee Sabrina L. McKinney trustees_office@ch13mdal.com |
| Sabrina L. McKinney | trustees_office@ch13mdal.com |

Stephen L. Klimjack
       on behalf of Debtor Todd Leshawn Colvin ecfonlymd@gmail.com pleadings@klimjack.com;r47290@notify.bestcase.com

TOTAL: 7