IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| IN RE: | Case No. 16-33046-WRS |
|---|---|
| TODD LESHAWN COLVIN | Chapter 13 |
| Debtor(s) | |

## TRUSTEE'S NOTICE OF WITHDRAWAL OF FINAL REPORT CLOSE CASE WITHOUT DISCHARGE DE#77

COMES NOW, the Trustee, and hereby gives notice of withdrawal of FINAL REPORT CLOSE CASE WITHOUT DISCHARGE DE#77 previously filed in this case.

Respectfully submitted Friday, May 7, 2021.

                Sabrina L. McKinney
                Chapter 13 Standing Trustee

            By: /s/ *Sabrina L. McKinney*
                Sabrina L. McKinney
                Chapter 13 Standing Trustee

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: 13Trustee@ch13mdal.org

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing Notice of Withdrawal of FINAL REPORT CLOSE CASE WITHOUT DISCHARGE DE#77 on the parties listed below by placing the same in the United States Mail, postage prepaid and properly addressed, or by electronic mail with the court, Friday, May 7, 2021.

                                                     /s/ *Sabrina L. McKinney*
                                                   Sabrina L. McKinney
                                                   Chapter 13 Standing Trustee

Copy to: TODD LESHAWN COLVIN
          STEPHEN L KLIMJACK (via electronic filing)